IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3005 |
| | ) | |
| v. | ) | |
| | ) |     ORDER |
| AARON JOSHUA LAWLESS and | ) | |
| RICHARD CANFIELD, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The motion of defendant Lawless to continue trial, filing no. 21, is granted and,

1. Trial of this matter **as to both defendants** is continued to 9:00 a.m., May 26, 2009 before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

2. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between March 23, 2009 and May 26, 2009 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated March 23, 2009.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge