IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3005 |
| | ) | |
| v. | ) | |
| | ) | |
| AARON LAWLESS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's motion for extension of deadline, filing no. 29, is granted and the deadline for plaintiff to file its brief in response to defendant's motion to suppress (filing no. 27) is extended to April 17, 2009.

DATED this 1st day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge