IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3005 |
| | ) | |
| v. | ) | |
| | ) | |
| AARON LAWLESS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion to amend suppression motion, filing no.
48; defendant's motion to amend brief, filing no. 54; and
defendant's motion to amend brief, filing no. 55, are all denied
as moot.

DATED this 3rd day of June, 2009.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge