IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AARON LAWLESS and | ) | **ORDER** |
| RICHARD CANFIELD, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that:

(1)   Defendant Lawless' motion to continue trial (filing 74) is granted.

(2)   Trial of this case as to Defendants Lawless and Canfield is continued to August 31, 2009, before the undersigned United States district judge. Since this is a criminal case, the defendant shall be present unless excused by the court.

(3)   The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

June 10, 2009.                                    BY THE COURT:

                                                  s/ *Richard G. Kopf*
                                                  United States District Judge