IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3005 |
| | ) | |
| V. | ) | |
| | ) | |
| AARON LAWLESS, and RICHARD CANFIELD, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on Defendant Richard Canfield's motion for extension of time to file objections to the report and recommendation filed herein on June 3, 2009 (filing 81). The motion shall be granted.

    IT IS ORDERED that Defendant Richard Canfield shall file his objections, if any, to Judge Piester's report and recommendation (filing 69) on or before July 1, 2009.

June 22, 2009.

                                                    BY THE COURT:
                                                    s/*Richard G. Kopf*
                                                    United States District Judge