IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Plaintiff, ) | | 4:09CR3005 |
| ) | | |
| V. ) | | |
| ) | | |
| AARON LAWLESS, ) | | ORDER |
| ) | | |
| Defendant. ) | | |
| ) | | |

IT IS ORDERED:

1) Defendant's Motion to File Document Under Restriction, (filing no. 82), is granted.

2) Defendant's motion to modify conditions of release, (filing no. 83), shall remain filed as a restricted access document.

DATED this 22nd day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge