IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3005 |
| | ) | |
| v. | ) | |
| | ) | |
| AARON LAWLESS, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |

    A grand jury has found probable cause to believe the defendant was involved with weapons (such as machine guns) and drugs. Furthermore, it has been proven that the defendant threatened a law enforcement officer after the defendant was initially placed on pretrial release. (*See* filing 39.) With those things in mind, defense counsel's release plan proposing admission of the defendant to a non-secure hospital program involves too much risk to the public generally and police officers in particular. Accordingly,

    IT IS ORDERED that the defendant's motion for release (filing 83) is denied.

    DATED this 22nd day of June, 2009.

                                      BY THE COURT:

                                      *s/Richard G. Kopf*
                                      United States District Judge