IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>AARON LAWLESS, RICHARD )<br>CANFIELD, )<br>)<br>Defendants. )<br>) | 4:09CR3005<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on the Magistrate Judge's Recommendation (filing 60) that Defendant Aaron Lawless' motion to suppress (filing 27) and amended motion to suppress (filing 49) be denied. No objections to the Recommendation have been filed, as allowed by 28 U.S.C. § 636(b)(1)(C) and NECrimR 57.1(c) and 57.3.

I have reviewed the Magistrate Judge's Recommendation pursuant to 28 U.S.C. § 636(b)(1) and I find after de novo review that the Recommendation should be adopted.

IT IS ORDERED:

1. The Magistrate Judge's Recommendation (filing 60) is adopted; and

2. Defendant Aaron Lawless' motion to suppress (filing 27) and amended motion to suppress (filing 49) are denied.

June 23, 2009.

                                            BY THE COURT:
                                            s/*Richard G. Kopf*
                                            United States District Judge