## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **CASE NO 4:09cr3005** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **AARON LAWLESS** | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on for consideration of Defendant's Motion to File Document Under Seal.

Having considered the Defendant's motion, and the file in this matter, defendant's motion is granted.

WHEREFORE, it is this 6th day of Nov., 2009 ordered that Defendant's Motion to File Document Under Seal is granted.

_s/ Richard G. Kopf_
Honorable Richard Kopf

Order prepared by:
John S. Berry, #22627
BERRY LAW FIRM
2650 North 48th Street
Lincoln, NE  68504
(402) 466-8444
Lawyers for Defendant