UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　　　　) | |
| 　　　　　　　　Plaintiff,　　　　) | 8:09CR3005 |
| 　　　　　　　　　　　　　　　　　　　　) | |
| 　　vs.　　　　　　　　　　　　　　　) | **FINAL ORDER OF** |
| 　　　　　　　　　　　　　　　　　　　　) | **FORFEITURE** |
| 　　　　　　　　　　　　　　　　　　　　) | |
| AARON LAWLESS,　　　　　　　　　) | |
| RICHARD CANFIELD,　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　　　) | |
| 　　　　　　　　Defendants.　　　) | |

NOW ON THIS 8th day of April, 2010, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On January 4, 2010, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 26, United States Code, Sections 5861(d) and 5871, Title 18, United States Code, Sections 924(d) and Title 28, United States Code, 2461(c), 5872, based upon the Defendants' pleas of guilty to Counts I, II and VI of the Superseding Indictment filed herein.  By way of said Preliminary Order of Forfeiture, the Defendants' interest in the AK-type 7.62 x 39 mm caliber machine gun, bearing number on receiver of MR1904 but no apparent serial number, with a barrel length of approximately 10 3/4 inches; the AK-type 5.45 x 39 mm caliber machine gun, with no apparent serial number, with a barrel length of approximately 10 5/8 inches; the Walther .22 caliber rifle with serial number PW003618; the Ruger .22 caliber rifle with serial number 259-06799; the Benelli 12 gauge shotgun with serial number 2441099; the Norinco SKS type rifle, 7.62 caliber with serial number 2300479A; the Walter .22 caliber pistol with serial number N043336; the Advance Armament silencer with serial number WK0061; the Advance Armament silencer with serial number

B0020; the SWR Trident 9 mm silencer with serial number T9-0462; the CCF Race Frames 9 mm pistol frame with serial number CCF001409; and the AR 15 lower receiver with serial number 20638, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on January 5, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on March 26, 2010(Filing No. 160).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the the AK-type 7.62 x 39 mm caliber machine gun, bearing number on receiver of MR1904 but no apparent serial number, with a barrel length of approximately 10 3/4 inches; the AK-type 5.45 x 39 mm caliber machine gun, with no apparent serial number, with a barrel length of approximately 10 5/8 inches; the Walther .22 caliber rifle with serial number PW003618; the Ruger .22 caliber rifle with serial number 259-06799; the Benelli 12 gauge shotgun with serial number 2441099; the Norinco SKS type rifle, 7.62 caliber with serial number 2300479A; the Walter .22 caliber pistol with serial number N043336; the Advance Armament silencer with serial number WK0061; the Advance Armament silencer with serial number B0020; the SWR Trident 9 mm silencer with serial number T9-0462; the CCF Race Frames 9 mm pistol frame with serial number CCF001409; and the AR 15 lower receiver with serial number 20638, held by any person or entity, is hereby forever barred and foreclosed.

  C.  The the AK-type 7.62 x 39 mm caliber machine gun, bearing number on receiver of MR1904 but no apparent serial number, with a barrel length of approximately 10 3/4 inches; the AK-type 5.45 x 39 mm caliber machine gun, with no apparent serial number, with a barrel length of approximately 10 5/8 inches; the Walther .22 caliber rifle with serial number PW003618; the Ruger .22 caliber rifle with serial number 259-06799; the Benelli 12 gauge shotgun with serial number 2441099; the Norinco SKS type rifle, 7.62 caliber with serial number 2300479A; the Walter .22 caliber pistol with serial number N043336; the Advance Armament silencer with serial number WK0061; the Advance Armament silencer with serial number B0020; the SWR Trident 9 mm silencer with serial number T9-0462; the CCF Race Frames 9 mm pistol frame with serial number CCF001409; and the AR 15 lower receiver with serial number 20638, be, and the same hereby are, forfeited to the United States of America .

  D.  The United States Bureau of Alcohol, Tobacco, Firearms and Explosives for the District of Nebraska is directed to dispose of said properties in accordance with law.

  DATED this 8th day of April, 2010

            BY THE COURT:

            *Richard G. Kopf*
            United States District Judge